# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**FILED**

Nov 02 2021

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

| | |
|---|---|
| **CASE NAME:** USA v. SERGE RESHKO | **CASE NUMBER:** 3:21-cr-00428 MAG CR |
| **Is This Case Under Seal?** | Yes    No ✔ |
| **Total Number of Defendants:** | 1 ✔    2-7    8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes    No ✔ |
| **Venue (Per Crim. L.R. 18-1):** | SF ✔    OAK    SJ |
| **Is this a potential high-cost case?** | Yes    No ✔ |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes    No ✔ |
| **Is this a RICO Act gang case?** | Yes    No ✔ |
| **Assigned AUSA (Lead Attorney):** Anna Nguyen | **Date Submitted:** 11/01/2021 |
| **Comments:** Information | |

Form CAND-CRIM-COVER (Rev. 11/16)

[ RESET FORM ]    [ SAVE PDF ]

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT　☒ INFORMATION　☐ INDICTMENT　☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location:
**NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION**

## OFFENSE CHARGED

36 C.F.R. § 2.31(a)(3) – Vandalism

☐ Petty　☐ Minor　☒ Misdemeanor　☐ Felony

PENALTY: Max. imprisonment 6 months; Max. probation 5 years; Max. fine $5,000; $10 Mandatory special assessment fee

## DEFENDANT - U.S

Serge Reshko

DISTRICT COURT NUMBER: 3:21-cr-00428 MAG

**FILED**
Nov 02 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any): **National Park Service**

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:　☐ U.S. ATTORNEY　☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form: **Stephanie M. Hinds**
☒ U.S. Attorney　☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): **Anna Nguyen**

## DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction　☐ Federal　☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?　☐ Yes　☐ No　If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☒ SUMMONS　☐ NO PROCESS*　☐ WARRANT　　Bail Amount: _____

If Summons, complete following:
☐ Arraignment　☐ Initial Appearance

Defendant Address: _____

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____　Before Judge: _____

Comments:

```
STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
```

FILED

Nov 02 2021

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SERGE RESHKO,<br><br>    Defendant. | CASE NO.  3:21-cr-00428 MAG<br><br>VIOLATION:<br>36 C.F.R. § 2.31(a)(3) – Vandalism (Class B Misdemeanor)<br><br>SAN FRANCISCO |

I N F O R M A T I O N

The United States Attorney charges:

COUNT ONE: (36 C.F.R. § 2.31(a)(3) – Vandalism)

On or about August 11, 2021, in the Northern District of California, within the Golden Gate National Recreation Area, the defendants,

SERGE RESHKO,

destroyed, injured, defaced, and damaged property or real property, in violation of Title 36 of the Code of Federal Regulations Section 2.31(a)(3), a Class B misdemeanor.

INFORMATION                                                                1

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: November 1, 2021 | STEPHANIE M. HINDS<br>Acting United States Attorney |
| 3 | | |
| 4 | | /s/ Anna Nguyen<br>ANNA NGUYEN |
| 5 | | Special Assistant United States Attorney |

INFORMATION                              2