STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ANNA NGUYEN (CABN 335873)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Anna.Nguyen@usdoj.gov

Attorneys for United States of America

**FILED**

Nov 02 2021

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>     Plaintiff, <br><br>    v. <br><br> SERGE RESHKO, <br><br>     Defendant. | No. 3:21-cr-00428 MAG <br><br> AFFIDAVIT OF ANNA NGUYEN IN SUPPORT OF MOTION FOR SUMMONS |

AFFIDAVIT IN SUPPORT OF SUMMONS
TBD

I, Anna Nguyen, depose and state:

1. I am a Special Assistant United States Attorney for the Northern District of California, and I am assigned to the prosecution of the above-captioned case. I received the following information from reports and other documents provided to me by the National Park Service ("NPS").

2. On August 11, 2021 at approximately 5:30 PM, NPS officers were on duty in full uniform inside the boundaries of the Golden Gate National Recreation Area ("GGNRA"), specifically Ocean Beach. GGNRA is within the Special Maritime and Territorial Jurisdiction of the United States.

3. At Ocean Beach, NPS officers directly observed a male individual holding and using a spray paint can to spray paint onto the Ocean Beach Seawall between stairwells seven and eight. NPS officers also smelled fresh paint in the air and observed wet paint on the Seawall. NPS officers instructed the male individual, later identified as Serge RESHKO, to put down the spray paint can and placed him under arrest for vandalism.

4. A search of RESHKO incident to arrest reveal a latex glove with spray paint on it as well as additional spray paint cans, nozzles, and paint markers. In RESHKO's right front coin pocket, there was a small plastic baggie containing a white powder of suspected cocaine.

5. NPS officers read RESHKO his *Miranda* rights which he acknowledged he understood and continued to state that he has tagged "SERCHI" throughout the GGNRA jurisdiction multiple times over the past several years. RESHKO also stated that he had just been "slapped on the wrist" when caught with graffiti vandalism. A record check for RESHKO revealed that he has two active warrants out of San Mateo County.

6. Based on the above-listed facts, there is probable cause to believe that Serge Reshko violated 36 C.F.R. § 2.31(a)(3) – Vandalism, a Class B misdemeanor.

7. On November 1, 2021, the government filed an Information charging Serge Reshko with violating 36 C.F.R. § 2.31(a)(3) – Vandalism, a Class B misdemeanor.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed November 1,2021 in San Francisco, California.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

/s/ Anna Nguyen
ANNA NGUYEN
Special Assistant United States Attorney

AFFIDAVIT IN SUPPORT OF SUMMONS
TBD